

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CHARLES H. MOORE,<br><br>    Plaintiff,<br><br>  vs.<br><br>TECHNOLOGY PROPERTIES LIMITED, LLC, et al.,<br><br>    Defendants. | Case No.: CV10-4747 JW<br><br>**ORDER GRANTING IN PART MOTION FOR SHORTEN TIME TO HEAR MOTION FOR REMAND** |

    Presently before the Court is Plaintiff's Motion for Shorten Time for Hearing on its Motion to Remand.  (Docket Item No. 15.)  Upon review, the Court finds good cause to GRANT in part Plaintiff's Motion as follows:

    (1)  Because the Court's December 20, 2010 calendar cannot accommodate additional motions, the Court sets Plaintiff's Motion to Remand for **January 24, 2011 at 9 a.m.**  (Docket Item No. 20.)

    (2)  The Court previously continued Defendants' Motions to Dismiss & to Compel Arbitration.  The Court now advances the hearing on Defendants' Motions to **January 24, 2011 at 9 a.m.** to coincide with Plaintiff's Motion for Remand.  (Docket Item Nos. 9, 11.)

    (3)  The Court sets the following briefing schedule for the Motions:

        (a)  Any Opposition to the Motions shall be filed on or before **December 17, 2010**;

        (b)  Any Reply to the Motions shall be filed on or before **January 3, 2011**.

    In light of this Order and the pending dispositive Motions, the Court VACATES the Case Management Conference currently set for December 20, 2010.  The Court will set a new Conference date in its Order addressing the Motions.  No modification to the above schedule can be made without a Court order.

Dated:  November 24, 2010

                                                              JAMES WARE<br>                                                              United States District Judge